Tyorkin v Repwest Ins. Co. (2021 NY Slip Op 51208(U))

[*1]

Tyorkin v Repwest Ins. Co.

2021 NY Slip Op 51208(U) [73 Misc 3d 142(A)]

Decided on December 10, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 10, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, DONNA-MARIE E. GOLIA,
JJ

2019-1270 K C

Maxim Tyorkin, M.D., as Assignee of
Davon Simmons, Appellant, 
against
Repwest Insurance Company, Respondent.

Law Office of Marina Josovich, P.C. (Marina Josovich of counsel), for appellant.
Bryan Cave, LLP (Matthew A. Sarles and Adam S. Bird-Ridnell of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Richard J.
Montelione, J.), entered July 23, 2019. The order, upon, in effect, renewal, adhered to the
determination in a prior order of that court entered May 24, 2018 denying plaintiff's motion for
summary judgment and granting defendant's cross motion for summary judgment dismissing the
complaint.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff moved
for summary judgment and defendant cross-moved for summary judgment dismissing the
complaint on the ground that plaintiff's assignor had failed to appear for duly scheduled
independent medical examinations (IMEs). By order entered May 24, 2018, the Civil Court
denied plaintiff's motion and granted defendant's cross motion. Plaintiff moved for leave to
renew its motion for summary judgment and its opposition to defendant's cross motion and, upon
renewal, for an order granting plaintiff's motion and denying defendant's cross motion. Plaintiff
supported its motion with an affidavit from its assignor, who simply stated that he had not
received the IME scheduling letters. Defendant opposed the motion. Plaintiff appeals from an
order of the Civil Court entered July 23, 2019, which, upon renewal, adhered to its prior
determination denying plaintiff's motion for summary judgment and granting defendant's cross
motion for summary judgment dismissing the complaint.
Contrary to plaintiff's sole contention on appeal, the affidavit by plaintiff's assignor failed to
raise a triable issue of fact because plaintiff did not submit any evidence that the IME [*2]scheduling letters were not properly mailed. Plaintiff's assignor's
bald conclusory denial of receipt was insufficient to rebut a presumption that the letters were
received (see CIT Bank N.A. v
Schiffman, 36 NY3d 550 [2021]; Nassau Ins. Co. v Murray, 46 NY2d 828,
829-830 [1978]; Nationwide Affinity
Ins. Co. of Am. v George, 183 AD3d 755 [2020]; Pomona Med. Diagnostics, P.C. v Travelers Ins. Co., 31 Misc 3d
127[A], 2011 NY Slip Op 50447[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists
2011]).
Accordingly, the order is affirmed.
ALIOTTA, P.J., ELLIOT and GOLIA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 10, 2021